UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARL JOHNSON,                       ) | |
|                                                       ) | |
|            Petitioner,                      ) | |
| v.                                                    ) | No. 2:10-cv-122-WTL-DML |
|                                                       ) | |
| SUPERINTENDENT, Wabash Valley ) | |
| Correctional Facility,                   ) | |
|                                                       ) | |
|            Respondent.                    ) | |

**Entry Again Directing Further Proceedings**

            Carl Johnson is a state prisoner and was directed to file an amended petition for writ of habeas corpus. He filed a handful of documents. His effort falls short, and he is again directed to file a document–which shall be labeled "second amended petition for writ of habeas corpus"–which coherently sets forth his claim(s) for relief. "Habeas Corpus Rule 2(c) . . . instructs petitioners to 'specify all available grounds for relief' and to 'state the facts supporting each ground.'" *Mayle v. Felix,* 545 U.S. 644, 661 (2005). By "claims" as used in this setting are meant the recognized principles of law which, as applied to the facts and circumstances of the challenged disciplinary proceeding, show that proceeding to have been deficient or violative of the petitioner's rights.

            The second amended complaint shall be filed **not later than June 30, 2010,** shall consist of a single document (though it may be multiple pages in length), and shall conform in content with directions in the Entry issued on May 5, 2010.

            **IT IS SO ORDERED.**

Date: 06/01/2010

*William T. Lawrence* (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Carl Johnson
#955761
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. 1111
Carlisle, IN 47838-1111